UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA    07 OCT -1  AM 9:54

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**Gustavo SANCHEZ**<br><br>Defendant. | Magistrate Case No. _____<br>'07 MJ 2339<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1324(a)(2)(B)(iii)-<br>Bringing in Illegal Alien(s) Without Presentation |

The undersigned complainant being duly sworn states:

On or about **September 27, 2007**, within the Southern District of California, defendant **Gustavo SANCHEZ**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Jesus TRINIDAD-Camacho, Evangelina SILVA-Moreno and Antonio HERNANDEZ-Manriquez**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Signature of Complainant
Sara M. Esparagoza
U.S. Customs and Border Protection Officer

Sworn to before me and subscribed in my presence, this **1st** day of **October, 2007**.

_____
United States Magistrate Judge

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Enforcement Officer Sara Esparagoza, declare under penalty of perjury the following to be true and correct:

The complainant states that **Pedro HERNANDEZ-Rodriguez, Evangelina SILVA-Moreno and Antonio HERNANDEZ-Manriquez** are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On September 27, 2007 at approximately 2104 hours, **Gustavo SANCHEZ (Defendant)** arrived at the San Ysidro Port of Entry via the vehicle primary lanes and applied for admission to the United States from Mexico as the driver and sole visible occupant of a green, 1995 Ford Econoline. Defendant presented his valid California driver license and stated he was going to San Diego. When questioned as to vehicle ownership, Defendant responded that the vehicle belonged to his cousin and that he had been driving it for one week. Defendant also gave two negative customs declarations. Upon inspection of the undercarriage area, the primary Customs and Border Protection (CBP) Officer noticed a compartment with a human foot and an elbow protruding from the compartment. Defendant was subsequently escorted to the security office while the vehicle was driven to secondary for further inspection.

In secondary, CBP Enforcement Officers responded to the vehicle and discovered five persons concealed within a non-factory compartment affixed to the undercarriage area of the vehicle. The five concealed persons were only able to exit the compartment by crawling onto the ground through an opening in the compartment located in the rear of the vehicle. The five concealed persons were all identified as citizens of Mexico without legal documentation to enter into the United States. Three are now identified as Material Witnesses: **Pedro HERNANDEZ-Rodriguez (MW1), Evangelina SILVA-Moreno (MW2) and Antonio HERNANDEZ-Manriquez (MW3)**.

Defendant was advised of his Miranda rights and agreed to submit to questioning without the presence of counsel. Defendant admitted attempting to smuggle an unknown amount of persons concealed in a compartment located in the undercarriage area of a vehicle. Defendant admitted he was to transport the undocumented aliens to the Arco gasoline station off of Palomar Avenue in Chula Vista and was to receive between $1800 and $2000 upon his successful return to Tijuana.

Material Witnesses were interviewed and admitted to being citizens of Mexico without legal documentation to enter into the United States. Material Witnesses admitted making arrangements with unknown persons and were to pay $2500 and $3000 to be smuggled into the United States. Material Witnesses admitted they were going to various locations in California and Washington to seek employment.

EXECUTED ON THIS **28th** DAY OF **September 2007** AT **1500**.

_____
Sara Esparagoza / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (1) page, I find probable cause to believe that the defendant named therein committed the offense on **September 27, 2007** in violation of Title 8, United States Code, Section 1324.

_____
MAGISTRATE JUDGE

9/29/2007 at 12:25 p.m.
DATE / TIME

**Amended**
**PROBABLE CAUSE STATEMENT**

The complainant states that **Jesus TRINIDAD-Camacho, Evangelina SILVA-Moreno and Antonio HERNANDEZ-Manriquez** are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On September 27, 2007 at approximately 2104 hours, **Gustavo SANCHEZ (Defendant)** arrived at the San Ysidro Port of Entry via the vehicle primary lanes and applied for admission to the United States from Mexico as the driver and sole visible occupant of a green, 1995 Ford Econoline. Defendant presented his valid California driver license and stated he was going to San Diego. When questioned as to vehicle ownership, Defendant responded that the vehicle belonged to his cousin and that he had been driving it for one week. Defendant also gave two negative customs declarations. Upon inspection of the undercarriage area, the primary Customs and Border Protection (CBP) Officer noticed a compartment with a human foot and an elbow protruding from the compartment. Defendant was subsequently escorted to the security office while the vehicle was driven to secondary for further inspection.

In secondary, CBP Enforcement Officers responded to the vehicle and discovered five persons concealed within a non-factory compartment affixed to the undercarriage area of the vehicle. The five concealed persons were only able to exit the compartment by crawling onto the ground through an opening in the compartment located in the rear of the vehicle. The five concealed persons were all identified as citizens of Mexico without legal documentation to enter into the United States. Three are now identified as Material Witnesses: **Jesus TRINIDAD-Camacho (MW1), Evangelina SILVA-Moreno (MW2) and Antonio HERNANDEZ-Manriquez (MW3)**.

Defendant was advised of his Miranda rights and agreed to submit to questioning without the presence of counsel. Defendant admitted attempting to smuggle an unknown amount of persons concealed in a compartment located in the undercarriage area of a vehicle. Defendant admitted he was to transport the undocumented aliens to the Arco gasoline station off of Palomar Avenue in Chula Vista and was to receive between $1800 and $2000 upon his successful return to Tijuana.

Material Witnesses were interviewed and admitted to being citizens of Mexico without legal documentation to enter into the United States. Material Witnesses admitted making arrangements with unknown persons and were to pay $2500 and $3000 to be smuggled into the United States. Material Witnesses admitted they were going to various locations in California and Washington to seek employment.

_____
MAGISTRATE JUDGE

10/1/2007 at 9:33 a.m.
_____
DATE / TIME