# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 07 MJ 2339 |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| | ) | Booking No. _____ |
| Gustavo Sanchez | ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _____ 10/16/07 _____

the Court entered the following order:

__X__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

__X__ Defendant released on $ 30,000 P/S bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

Ruben B. Brooks
UNITED STATES MAGISTRATE JUDGE

OR

Received _____  W. SAMUEL HAMRICK, JR. Clerk
DUSM                by _____ Deputy Clerk

Crim-9  (Rev 6-95)                        ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY