TIMOTHY E. NILAN   SBN 190194
LAW OFFICES OF TIMOTHY E. NILAN
A PROFESSIONAL LAW CORPORATION
8344 FLORENCE AVE., 2ND FL., STE. D
DOWNEY, CA 90240
TELEPHONE No. 562.862.1984
FAX No. 562.862.4350

**FILED**

OCT 1 6 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | Plaintiff(s) | CASE NUMBER  07 MJ 2339 |
| v. | | |
| GUSTAVO SANCHEZ | Defendant(s). | SUBSTITUTION OF ATTORNEY |

GUSTAVO SANCHEZ   ☐ Plaintiff  ☑ Defendant  ☐ Other _____
*Name of Party*

hereby substitutes Retained Counsel _____ TIMOTHY E. NILAN _____
*New Attorney*

as attorney of record in place and stead of _____ NANCY BRYN ROSENFELD _____
*Present Attorney*

Dated _____    ✓  *Gustavo Sanchez* (signature)
Signature of Party/Authorized Representative of Party

I have given proper notice and further consent to the above substitution.

Dated  10/16/07     *(signature)*
Signature of Present Attorney

I am duly admitted to practice in this District.

Dated _____    *(signature)*
Signature of New Attorney
190194
State Bar Number

If party requesting to appear Pro Se:

Dated _____

Signature of Requesting Party

*(signature: Nancy B. Rosenfeld)*

It is so ordered.
10/16/2007