1  TIMOTHY E. NILAN (SBN 190194)
   Law Offices of Timothy E. Nilan
2  A Professional Law Corporation
   8344 Florence Ave., 2nd Fl., Ste D
3  Downey, California 90242
   Telephone (562) 862-1984
4  Facsimile (562) 862-4350

5  Attorney for Defendant
   GUSTAVO SANCHEZ
6

7
                    UNITED STATES DISTRICT COURT
8
                    CENTRAL DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,   )   Case No. CR-07-2885-L
11                             )
                 Plaintiff,    )   **STIPULATION TO ALLOW DEFENDANT**
12                             )   **TO TRAVEL TO TIJUANA, MEXICO**
                               )
13                             )
                               )
          v.                   )
14                             )
   GUSTAVO SANCHEZ,            )
15                             )
                 Defendant.    )
16 _____)

17
        IT IS HEREBY STIPULATED by and between the parties, through
18
   their respective counsel of record, that defendant GUSTAVO SANCHEZ
19
   be permitted to travel to Tijuana, Baja California, Mexico on
20
   December 24, 2007 through December 26, 2007 and December 31, 2007
21
   through January 2, 2008 for the purpose of visiting his mother and
22
   fiancé.
23
        Based on the foregoing, the parties have stipulated to permit
24
   defendant to travel to Tijuana, Mexico for the above referenced
25
   dates only.
26
   ///
27
   ///
28

                                  1

1  It is hereby represented by Attorney Timothy Nilan
2  (undersigned) that he spoke to U.S. Pretrial Services Officer
3  Eleanor Ruiz, who indicated to Mr. Nilan on December 10, 2007 that
4  defendant Gustavo Sanchez is in compliance with the terms of his
5  pre-trial services obligations and that having no objection, pre-
6  trial services defers the issue of travel to Mexico to the
7  Honorable Court's discretion.

Dated: December 14, 2007

/s/
Timothy E. Nilan
Attorney for Gustavo Sanchez.

Dated: December 14, 2007

Aaron B. Clark
Assistant U.S. Attorney,
Attorney for Plaintiff
United States of America.