## PROOF OF SERVICE

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

I am employed in the County of Los Angeles, State of California, I am over the age of 18 years, and not a party to the within action; my business address is 8344 Florence Avenue, Suite D, Downey, CA 90240.

On _____December 17, 2007_____, I served a true copy of the following documents:

**STIPULATION TO ALLOW DEFENDANT TO TRAVEL TO TIJUANA, MEXICO; SURETY'S CONSENTO TO DEFENDANT TRAVELING TO TIJUANA, MEXICO; PROPOSED ORDER TO ALLOW DEFENDANT TO TRAVEL TO TIJUANA, MEXICO.**

On all interested parties in this action:

[x]   **By Mail**: I caused the above-described documents to be placed in a sealed envelope, for collection and mailing with the United Sates Postal Service, following ordinary business practice addressed as follows:

[ ]   **Personal Service**: I caused the above-described documents to be hand-delivered to the following person(s) at the following address(es):

[x]   **Facsimile Transmission**: I caused the above-described documents to be transmitted by facsimile from facsimile machine number 562.862.4350. I caused the machine to print a transmission record of the transmission, which went to the following facsimile number(s):

**AARON B. CLARK**
**Assistant United States Attorney**
**U.S. Attorneys Office**
**Southern District of California**
**880 Front Street, Room 6293**
**Los Angeles, CA 90012**
**Facsimile: 619.235.4716**

**U.S. Pretrial Services**
**Attn: Eleanor Ruiz**
**101 W. Broadway, Suite 505**
**San Diego, CA 92101**
**Facsimile: 619.557.6729**

I declare under penalty of perjury under the laws of the United States of America that the foregoing Proof of Service is true and correct and that this declaration was executed on _December 17, 2007_, at Downey, CA.

By: _____
PATTY KAIHARA

```
Transaction Report

Send
Transaction(s) completed

No. TX Date/Time   Destination              Duration P.#    Result    Mode
333 DEC-17  14:52  916192354716             0'00'40"  006   OK        N  ECM
```

# Law Offices of Timothy E. Nilan

A PROFESSIONAL LAW CORPORATION

8344 Florence Avenue
Second Floor • Suite D
Downey, CA 90240

Telephone (562) 862.1984
Facsimile (562) 862.4350
E-mail: timnilan@verizon.net

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Aaron B. Clark<br>Assistant United States Attorney | Patricia Kaihara, Secretary |
| **COMPANY:** U. S. Attorney's Office | **DATE:** 12/17/2007 |
| **FAX NUMBER:** 619.235.4716 | **TOTAL NO. OF PAGES INCLUDING COVER:** 6 |
| **PHONE NUMBER:** | **DOCUMENTS FAXED:** STIPULATION TO ALLOW DEFENDANT TO TRAVEL TO TIJUANA, MEXICO; SURETY'S CONSENT TO DEFENDANT TRAVELING TO TIJUANA, MEXICO; PROPOSED ORDER TO ALLOW DEFENDANT TO TRAVEL TO TIJUANA, MEXICO |
| **RE:** USA v. Gustavo Sanchez<br>Case No. 07 MJ2339 | **YOUR REFERENCE NUMBER:** |

**URGENT**  ☐ FOR REVIEW  ☐ PLEASE COMMENT  ☐ PLEASE REPLY  ☐ PLEASE RECYCLE

MESSAGE:

```
Transaction Report
Send
Transaction(s) completed
No. TX Date/Time   Destination                    Duration P.#   Result   Mode
334 DEC-17   14:54 16195576729                    0'00'42" 006   OK       N  ECM
```

# Law Offices of Timothy E. Nilan

A PROFESSIONAL LAW CORPORATION

8344 Florence Avenue
Second Floor • Suite D
Downey, CA 90240

Telephone (562) 862.1984
Facsimile (562) 862.4350
E-mail: timnilan@verizon.net

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Eleanor Ruiz | Patricia Kaihara, Secretary |

| COMPANY: | DATE: |
|---|---|
| U. S. Pretrial Services | 12/17/2007 |

| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
|---|---|
| 619.557.6729 | 6 |

| PHONE NUMBER: | DOCUMENTS FAXED: |
|---|---|
|  | STIPULATION TO ALLOW DEFENDANT TO TRAVEL TO TIJUANA, MEXICO; SURETY'S CONSENT TO DEFENDANT TRAVELING TO TIJUANA, MEXICO; PROPOSED ORDER TO ALLOW DEFENDANT TO TRAVEL TO TIJUANA, MEXICO |

| RE: | YOUR REFERENCE NUMBER: |
|---|---|
| USA v. Gustavo Sanchez<br>Case No. 07 MJ2339 |  |

**URGENT**   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

MESSAGE: