UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | Case No. 07-CR-2885-L |
| Plaintiff,     ) | **ORDER TO ALLOW DEFENDANT TO TRAVEL TO TIJUANA, MEXICO** |
| v.          ) | |
| GUSTAVO SANCHEZ,          ) | |
| Defendant.     ) | |

IT IS HEREBY ORDERED that defendant GUSTAVO SANCHEZ be permitted to travel to Tijuana, Baja California, Mexico between the dates of December 24, 2007, through December 26, 2007, and December 31, 2007, through January 2, 2008, for the purpose of visiting his mother and fiancé.

**IT IS SO ORDERED.**

**DATED:  December 18, 2007**

_M. James Lorenz_
**M. James Lorenz**
**United States District Court Judge**

1