# PROOF OF SERVICE

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

I am employed in the County of Los Angeles, State of California, I am over the age of 18 years, and not a party to the within action; my business address is 8344 Florence Avenue, Suite D, Downey, CA 90240.

On _____ December 24, 2007 ___, I served a true copy of the following documents:

**DEFENDANT GUSTAVO SANCHEZ'S SENTENCING POSITION AND RESPONSE TO PRESENTENCE INVESTIGATION REPORT; DEFENDANT GUSTAVO SANCHEZ'S SENTENCING CHART PER PLEA AGREEMENT**

On all interested parties in this action:

[ x ]   **By Mail**: I caused the above-described documents to be placed in a sealed envelope, for collection and mailing with the United Sates Postal Service, following ordinary business practice addressed as follows:

[ ]   **Personal Service**: I caused the above-described documents to be hand-delivered to the following person(s) at the following address(es):

[ x ]   **Facsimile Transmission**: I caused the above-described documents to be transmitted by facsimile from facsimile machine number 562.862.4350. I caused the machine to print a transmission record of the transmission, which went to the following facsimile number(s):

**AARON B. CLARK**
**Assistant United States Attorney**
**U.S. Attorneys Office**
**Southern District of California**
**880 Front Street, Room 6293**
**Los Angeles, CA 90012**
**Facsimile: 619.235.4716**

**Scott Kiefer**
**U.S. Probation Officer**
**101 West Broadway, 4th Floor**
**San Diego, CA 92101**
**Facsimile: 619.557.6138**

I declare under penalty of perjury under the laws of the United States of America that the foregoing Proof of Service is true and correct and that this declaration was executed on December 24, 2007, at Downey, CA.

By: _____
PATTY KAIHARA

```
Transaction Report
Send
Transaction(s) completed
No. TX Date/Time   Destination                    Duration P.#    Result    Mode
365 DEC-24  10:35  916192354716                   0'00'49" 007    OK        N  ECM
```

# Law Offices of Timothy E. Nilan

A PROFESSIONAL LAW CORPORATION

8344 Florence Avenue
Second Floor • Suite D
Downey, CA 90240

Telephone (562) 862.1984
Facsimile (562) 862.4350
E-mail: timnilan@verizon.net

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Aaron B. Clark<br>Assistant United States Attorney | Patricia Kaihara, Secretary |
| COMPANY: | DATE: |
| U. S. Attorney's Office | 12/24/2007 |
| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
| 619.235.4716 | 7 |
| PHONE NUMBER: | DOCUMENTS FAXED:<br>DEFENDANT GUSTAVO SANCHEZ'S SENTENCING POSITION AND RESPONSE TO PRESENTENCE INVESTIGATION REPORT; DEFENDANT GUSTAVO SANCHEZ'S SENTENCING CHART PER PLEA AGREEMENT; PROOF OF SERVICE |
| RE:<br>USA v. Gustavo Sanchez<br>Case No. 07-CR-02885-001-L | YOUR REFERENCE NUMBER: |

URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

MESSAGE:

```
Transaction Report
Send
Transaction(s) completed

No. TX Date/Time    Destination                    Duration P. #    Result    Mode
366   DEC-24  10:36 6195575808                     0'00'52" 007     OK        N  ECM
```

# Law Offices of Timothy E. Nilan

A PROFESSIONAL LAW CORPORATION

8344 Florence Avenue
Second Floor • Suite D
Downey, CA 90240

Telephone (562) 862.1984
Facsimile (562) 862.4350
E-mail: timnilan@verizon.net

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Scott Kiefer<br>U.S. Probation Officer | Patricia Kaihara, Secretary |
| **COMPANY:** United States Probation | **DATE:** 12/24/2007 |
| **FAX NUMBER:** 619.557.6138 | **TOTAL NO. OF PAGES INCLUDING COVER:** 7 |
| **PHONE NUMBER:** 619.557.5074 | **DOCUMENTS FAXED:** DEFENDANT GUSTAVO SANCHEZ'S SENTENCING POSITION AND RESPONSE TO PRESENTENCE INVESTIGATION REPORT; DEFENDANT GUSTAVO SANCHEZ'S SENTENCING CHART PER PLEA AGREEMENT; PROOF OF SERVICE |
| **RE:** USA v. Gustavo Sanchez<br>Case No. 07CR02885-001-L | **YOUR REFERENCE NUMBER:** |

**URGENT**  ☐ FOR REVIEW  ☐ PLEASE COMMENT  ☐ PLEASE REPLY  ☐ PLEASE RECYCLE