# PROOF OF SERVICE

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

I am employed in the County of Los Angeles, State of California, I am over the age of 18 years, and not a party to the within action; my business address is 8344 Florence Avenue, Suite D, Downey, CA 90240.

On _____January 8, 2008_____, I served a true copy of the following documents:

**DEFENDANT GUSTAVO SANCHEZ'S SENTENCING POSITION AND RESPONSE TO PRESENTENCE INVESTIGATION REPORT – SUPPLEMENTAL, MEXICO CRIMINAL HISTORY**

On all interested parties in this action:

[x]   **By Mail**: I caused the above-described documents to be placed in a sealed envelope, for collection and mailing with the United Sates Postal Service, following ordinary business practice addressed as follows:

[ ]   **Personal Service**: I caused the above-described documents to be hand-delivered to the following person(s) at the following address(es):

[x]   **Facsimile Transmission**: I caused the above-described documents to be transmitted by facsimile from facsimile machine number 562.862.4350. I caused the machine to print a transmission record of the transmission, which went to the following facsimile number(s):

**AARON B. CLARK**
**Assistant United States Attorney**
**U.S. Attorneys Office**
**Southern District of California**
**880 Front Street, Room 6293**
**San Diego, CA 92101**
**Facsimile: 619.235.4716**

**Scott Kiefer**
**U.S. Probation Officer**
**101 West Broadway, 4th Floor**
**San Diego, CA 92101**
**Facsimile: 619.557.6138**

I declare under penalty of perjury under the laws of the United States of America that the foregoing Proof of Service is true and correct and that this declaration was executed on _January 8, 2008_, at Downey, CA.

By: _____
PATTY KAIHARA

| Transaction Report |
|---|
| Send |
| Transaction(s) completed |

| No. | TX Date/Time | Destination | Duration | P.# | Result | Mode |
|---|---|---|---|---|---|---|
| 416 | JAN-08 11:36 | 6195575808 | 0°00'36" | 004 | OK | N ECM |

# Law Offices of Timothy E. Nilan

A PROFESSIONAL LAW CORPORATION

8344 Florence Avenue
Second Floor • Suite D
Downey, CA 90240

Telephone (562) 862.1984
Facsimile (562) 862.4350
E-mail: timnilan@verizon.net

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Scott Kiefer | Patricia Kaihara, Secretary |
| U.S. Probation Officer | |
| **COMPANY:** | **DATE:** |
| United States Probation | 01/08/2008 |
| **FAX NUMBER:** | **TOTAL NO. OF PAGES INCLUDING COVER:** |
| 619.557.6138 | 4 |
| **PHONE NUMBER:** | **DOCUMENTS FAXED:** |
| 619.557.5074 | DEFENDANT GUSTAVO SANCHEZ'S SENTENCING POSITION AND RESPONSE TO PRESENTENCE INVESTIGATION REPORT – SUPPLEMENTAL, MEXICO CRIMINAL HISTORY |
| **RE:** | **YOUR REFERENCE NUMBER:** |
| USA v. Gustavo Sanchez | |
| Case No. 07CR02885-001-L | |

**URGENT**    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

```
Transaction Report
Send
Transaction(s) completed

No. TX Date/Time   Destination                    Duration P.#    Result    Mode
417  JAN-08  11:38  916192354716                  0°00'32"  004   OK        N  ECM
```

# Law Offices of Timothy E. Nilan

A PROFESSIONAL LAW CORPORATION

8344 Florence Avenue
Second Floor • Suite D
Downey, CA 90240

Telephone (562) 862.1984
Facsimile (562) 862.4350
E-mail: timnilan@verizon.net

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Aaron B. Clark<br>Assistant United States Attorney | Patricia Kaihara, Secretary |
| **COMPANY:**<br>U. S. Attorney's Office | **DATE:**<br>01/08/2008 |
| **FAX NUMBER:**<br>619.235.4716 | **TOTAL NO. OF PAGES INCLUDING COVER:**<br>4 |
| **PHONE NUMBER:** | **DOCUMENTS FAXED:**<br>DEFENDANT GUSTAVO SANCHEZ'S SENTENCING POSITION AND RESPONSE TO PRESENTENCE INVESTIGATION REPORT – SUPPLEMENTAL, MEXICO CRIMINAL HISTORY |
| **RE:**<br>USA v. Gustavo Sanchez<br>Case No. 07-CR-02885-001-L | **YOUR REFERENCE NUMBER:** |

**URGENT**   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

**MESSAGE:**