```
 1  TIMOTHY E. NILAN (SBN 190194)
    Law Offices of Timothy E. Nilan
 2  A Professional Law Corporation
    8344 Florence Ave., 2nd Fl., Ste D
 3  Downey, California 90242
    Telephone (562) 862-1984
 4  Facsimile (562) 862-4350

 5  Attorney for Defendant
    GUSTAVO SANCHEZ
 6
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR-07-2885-L |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO ALLOW DEFENDANT TO TRAVEL TO TIJUANA, MEXICO** |
| v. | ) | |
| GUSTAVO SANCHEZ, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that defendant GUSTAVO SANCHEZ be permitted to travel to Tijuana, Baja California, Mexico on February 11, 2008 through February 18, 2008 for the purpose of visiting his mother and fiancé.

Based on the foregoing, the parties have stipulated to permit defendant to travel to Tijuana, Mexico for the above referenced dates only.

///

///

///

1

1   It is hereby represented by Attorney Timothy Nilan
2   (undersigned) that he spoke to U.S. Pretrial Services Officer Irene
3   Pflaum, who indicated to Mr. Nilan on February 8, 2008 that
4   defendant Gustavo Sanchez is in compliance with the terms of his
5   pre-trial services obligations and that Pretrial Services consents
6   to travel provided Defendant obtains a court order, and calls
7   Pretrial Services prior to traveling and upon his return.

Dated: February 8, 2008

Timothy E. Nilan
Attorney for Gustavo Sanchez.

Dated: February 8, 2008

Aaron B. Clark
Assistant U.S. Attorney,
Attorney for Plaintiff
United States of America.