TIMOTHY E. NILAN (SBN 190194)
Law Offices of Timothy E. Nilan
A Professional Law Corporation
8344 Florence Ave., 2nd Fl., Ste D
Downey, California 90242
Telephone (562) 862-1984
Facsimile (562) 862-4350

Attorney for Defendant
GUSTAVO SANCHEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-07-2885-L |
| Plaintiff, | **SURETY'S CONSENT TO DEFENDANT TRAVELING TO TIJUANA, MEXICO** |
| v. | |
| GUSTAVO SANCHEZ, | |
| Defendant. | |

I, Gustavo Adame Sanchez, the surety for defendant GUSTAVO SANCHEZ, consent to defendant traveling to Tijuana, Baja California, Mexico on February 11, 2008 through February 18, 2008 for the purpose of visiting my wife (Defendant's mother) and defendant's fiancé.

Dated: February 8, 2008

_____
GUSTAVO ADAME SANCHEZ
Surety for defendant.

1