TIMOTHY E. NILAN (SBN 190194)
Law Offices of Timothy E. Nilan
A Professional Law Corporation
8344 Florence Ave., 2nd Fl., Ste D
Downey, California 90242
Telephone (562) 862-1984
Facsimile (562) 862-4350

Attorney for Defendant
GUSTAVO SANCHEZ

FILED
2008 FEB 11 PM 4:42
CLERK U.S. [DISTRICT COURT]
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> GUSTAVO SANCHEZ, <br> Defendant. | Case No. CR-07-2885-L <br> **ORDER TO ALLOW DEFENDANT TO TRAVEL TO TIJUANA, MEXICO** |

IT IS HEREBY ORDERED that defendant GUSTAVO SANCHEZ be permitted to travel to Tijuana, Baja California, Mexico on February 11, 2008 through February 18, 2008, for the purpose of visiting his mother and fiancé.

Dated: February 11, 2008

_(signature)_
HON. JAMES M. LORENZ
U.S. DISTRICT COURT JUDGE